IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC.; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., CONWAY BRANCH; DARYL CURRY; MICHAEL GOOD; MICHAEL THOMAS; MICHAEL TAYLOR; URSULA KELLY; MARVIN FULTON; DENISE WRIGHT; BARBARA COLEMAN; and SANDRA NELSON, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PAAR, INC.; d/b/a Damon's Grill; DOWNWIND TRADING CO., INC., d/b/a Damon's Grill; EASTERN CAROLINAS MANAGEMENT, INC.; DAMONS EASTERN CAROLINAS, LTD.; DAMON'S INTERNATIONAL FRANCHISING CORP.; DAMON'S MANAGEMENT, INC.; and DAMON'S INTERNATIONAL, INC.<br><br>　　　　　　　　　　Defendants. | Case No. 04-CV-1691-RBH<br><br><br><br><br><br>**ORDER GRANTING MOTION TO COMPEL PRODUCTION PURSUANT TO THE FEBRUARY 16, 2005 SUBPOENA TO THE CITY OF NORTH MYRTLE BEACH, SOUTH CAROLINA** |

　　　Upon consideration of the Motion of Defendants, PAAR, Inc., Downwind Trading Co., Inc., Eastern Carolinas Management, Inc., and Damon's Eastern Carolinas, Ltd. for an Order compelling the production of documents requested of the City of North Myrtle

2

Beach, South Carolina, pursuant to subpoena dated February 16, 2005, and oral argument heard on November 9, 2005, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that any documents, items and/or tangible things so produced be designated as confidential and subject to the Consent Protective Order filed simultaneously with this Order.

**IT IS SO ORDERED.**

 s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

December 12, 2005
Florence, South Carolina

2